PAUL L. GALE (SBN 65873)  JS-6
Email: pgale@rdblaw.com
ERIK M. PRITCHARD (SBN 244622)
Email: epritchard@rdblaw.com
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, California 92614-8529
Telephone: (949) 622-2700
Fax: (949) 622-2739

*Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff Indian Harbor Insurance Company*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HILB ROGAL & HOBBS INSURANCE SERVICES OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDIAN HARBOR INSURANCE CO., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS. | Case No. CV 07-07104 JFW (JCx) <br><br> HONORABLE JOHN F. WALTER <br><br> **JUDGMENT** |

Pursuant to this Court's November 5, 2008 Order granting Indian Harbor Insurance Company's Motion for Summary Judgment, and after full consideration of the authorities submitted by counsel, counsel's briefing and all evidence presented, the issues having been duly heard and the motion having been granted,

IT IS ORDERED, DECLARED AND ADJUDGED as follows:

1      (1) The Court declares that Insurance Agents and Brokers Professional Liability Insurance Policy No. ELU086489-04 (the "Policy") issued to Hilb Rogal & Hobbs Company ("HRH"), the parent company of Hilb Rogal & Hobbs Insurance Services of California, Inc. ("HRH of California"), does not provide coverage for the lawsuit captioned *Williams v. Robert F. Driver, Co., et al.*, No. VC044754, Los Angeles Superior Court (the "*Williams* Action"), by reason of the Policy's Pending and Prior Litigation Exclusion (Endorsement No. 7).

    (2) The Court further declares that Indian Harbor did not waive its coverage defenses, nor is Indian Harbor estopped from denying coverage.

    (3) The Court further declares that HRH of California cannot maintain a claim against Indian Harbor for breach of the duty of good faith and fair dealing under California law, because Indian Harbor did not breach the insurance contract in denying coverage for the *Williams* Action and no benefits are due under the Policy in connection with the *Williams* Action. Further, New York law does not recognize an independent tort cause of action for bad faith denial of insurance coverage.

    (4) HRH of California takes nothing on its Amended Complaint against Indian Harbor, and the Amended Complaint against Indian Harbor is dismissed on the merits.

    (5) Indian Harbor's Counterclaim and Third-Party Complaint are dismissed without prejudice as moot.

    (6) Indian Harbor shall recover its costs from HRH of California and/or its parent company HRH.

Dated: November 18, 2008      _____
                                        The Honorable John F. Walter
                                        United States District Court Judge